UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Suzanne E. Wallace, trustee for the heirs and next-of-kin of David L. Wallace, deceased,

Plaintiff,

v.

The Mayo Foundation, a non-profit corporation d/b/a The Mayo Clinic,

Defendant.

File No. 01-CV-1475 (ADM/AJB)

**STIPULATION AND ORDER AMENDING CAPTION**

The parties hereby stipulate that the caption may be amended to identify Defendant as "Mayo Clinic Rochester, a non-profit corporation" and that all documents filed previously need not be re-filed with the amended caption.

Dated: November 14, 2001

Mark Hallberg (#39639)
MACKENZIE & HALLBERG
Suite 2500
150 South Fifth Street
Minneapolis, MN 55402
(612) 335-3500

Attorneys for Plaintiff

Dated: November 12, 2001

Thomas Fraser (#31641)
Lora Esch Mitchell (#259615)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
(612) 347-7028/7185
(612) 347-7077 (Fax)

Attorneys for Defendant

Of Counsel
Trudi Noel Trysla (#231423)
Mayo Clinic
200 First Street Southwest
Rochester, MN 55905
(507) 284-3219
(507) 284-0929 (Fax)

NOV 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the caption is amended to change the name of the Defendant to read "Mayo Clinic Rochester, a non-profit corporation." All papers filed from this point forward shall bear the new caption. Papers previously filed need not be re-filed.

Dated: November 21st, 2001

Arthur J. Boylan
United States Magistrate Judge

::ODMA\PCDOCS\FBDOCS1\2571218\1