UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Suzanne E. Wallace, trustee for the heirs and next-of-kin of David L. Wallace, deceased,

Plaintiff,

v.

Mayo Clinic Rochester, a non-profit corporation d/b/a The Mayo Clinic,

Defendant.

Court File No. 01-CV-1476 ADM/AJB (Wrongful Death)

**STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER**

---

The parties hereby stipulate that the Court may enter an Amended Pretrial Scheduling Order, which extends all deadlines for discovery, non-dispositive motions and dispositive motions by three (3) months and increases the number of fact-finding depositions taken by the plaintiff to twelve (12) depositions instead of eight (8) depositions. A copy of the Amended Pretrial Scheduling Order is attached hereto.

DATED: February 25, 2002.

MACKENZIE & HALLBERG, P.A.

By: [signature]

MARK HALLBERG (ID 39639)
Attorneys for Plaintiff
150 South Fifth Street, Suite 2500
Minneapolis, MN 55402
Telephone: 612-335-3500
Fax: 612-335-3504

FILED MAR 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: February 27, 2002.

FREDRICKSON & BYRON, P.A.

By: ______________________
THOMAS S. FRASER (ID 31641)
Attorneys for Defendant
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
Telephone: 612-347-7028
Fax: 612-347-7077

<u>Of Counsel</u>
Trudi Noel Trysla (#231423)
Mayo Clinic
200 First Street Southwest
Rochester, MN 55905
507-284-3219
507-284-0929 (Fax)

**ORDER**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Pretrial Scheduling Order dated November 7, 2001 shall be amended to extend all deadlines by three (3) months and to allow plaintiff to take twelve (12) fact depositions instead of eight (8) fact depositions.

Dated: 3/4/02

**BY THE COURT**

______________________
ARTHUR J. BOYLAN
UNITED STATES MAGISTRATE JUDGE