UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Suzanne E. Wallace, trustee for the heirs and next-of-kin of David L. Wallace, deceased,

Plaintiff,

v.

Mayo Clinic Rochester, a non-profit corporation d/b/a The Mayo Clinic,

Defendant.

Court File No. 01-CV-1476 ADM/AJB (Wrongful Death)

**AMENDED PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Local Rules of this Court as amended effective May 1, 2000 and The Stipulation and Order to Amend Pretrial Scheduling Order, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by January 1, 2003.
2. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:
   a. By Plaintiff on or before June 1, 2002.
   b. By Defendant on or before December 1, 2002.
3. No more than 25 interrogatories [counted in accordance with Fed.R.Civ.R. 33(a)] shall be served by any party.
4. No more than 12 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 4 expert depositions.

FILED MAR 04 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be served by March 1, 2001.

2. Prior to scheduling any non-dispositive motion, parties are encouraged to consider whether the motion, including motions relating to discovery and scheduling, can be informally resolved through telephone conference with the Magistrate Judge. To the extent that formal discovery motions will be filed, said motions should strictly comply with the provisions of Local Rules 7.1 and 37.1 and **shall be presented in a form that complies with Local Rule 37.2**.

Dispositive Motions

1. All dispositive motions shall be served and filed by the parties by March 1, 2003. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on May 2, 2003, or upon resolution of any pending dispositive motions. Each party may call no more than 4 expert witnesses. Anticipated length of trial is 5 days.

Dated: 3/4/02

**BY THE COURT**

ARTHUR J. BOYLAN
UNITED STATES MAGISTRATE JUDGE