**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Suzanne E. Wallace, trustee for the heirs and, next-of-kin of David L. Wallace, deceased,

Plaintiff,

v.

Mayo Clinic Rochester, a non-profit corporation,

Defendant.

Civil No. 01-1475 ADM/AJB

**ORDER ON DISCOVERY**

This matter is now before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's motion to compel discovery [Docket No. 11]. Hearing was held on June 10, 2002, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Mark Hallberg, Esq., appeared on behalf of the plaintiff. Thomas Fraser, Esq., appeared on behalf of the defendant.

Based upon the file and documents contained therein, along with memorandums, exhibits, affidavits and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to compel discovery, therein seeking responses to plaintiff's interrogatories 7 and 17, and production pursuant to document requests 4, 9, 10, and 11, is **granted in part and denied in part** [Docket No. 11], as further provided herein;

2. Plaintiff shall identify and produce a table of contents, index, or other comparable document which accurately reflects the contents of the most recent manual on nursing clinical practice guidelines which is available for reference by nursing personnel at the defendant medical facility;



FILED JUN 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Plaintiff's motion for production of accreditation documents relating to the accreditation process of the Joint Commission of Accreditation of Healthcare Organizations is denied.

4. Plaintiff's request for authorization to conduct additional depositions is granted in part. Based upon the Court's determination that good cause has been shown to justify modification of the Amended Pretrial Scheduling Order, plaintiff shall be permitted to take two additional non-expert depositions and is thereby permitted to take a total of 14 non-expert depositions in this matter.

5. Plaintiff's request for reasonable costs and attorney's fees incurred in connection with this motion is denied.

Dated: June 11, 2002

Arthur J. Boylan
United States Magistrate Judge