UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Suzanne E. Wallace, trustee for the heirs and next-of-kin of David L. Wallace, deceased,

Plaintiff,

v.

Mayo Clinic Rochester, a non-profit corporation,

Defendant.

File No. 01-CV-1475 (ADM/AJB)

**STIPULATED PROTECTIVE ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties to the above-entitled action, through the undersigned counsel, that the Court may enter an order pursuant to the following terms:

1. Definitions.

a. The term "Designating Party" means the party producing or designating documents or deposition testimony as "Confidential" under this Protective Order.

b. The term "Receiving Party" means the party receiving documents or deposition testimony designated as "Confidential" under this Protective Order.

c. The term "Confidential" as used in this Protective Order means documents and deposition testimony that the Designating Party designates as Confidential. A party may properly designate as Confidential any document or deposition testimony that constitutes or discloses information that is not readily ascertainable, through proper means, by either the

FILED JUL 1 5 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

public or the party's competitors or potential competitors and may include, but is not limited to, information protected under Minn. Stat. § 145.65.

2. Limited Use. Documents and deposition testimony disclosed in this litigation shall be used only for purposes related to this action and shall not be used for any other purpose.

3. Disclosure Scope/Confidential Material. Documents and deposition testimony designated Confidential may be disclosed only to:

a. The partners, associate attorneys, and staff for the firms of Fredrikson & Byron, P.A. and Mackenzie & Hallberg;

b. The plaintiff and defendant;

c. Independent experts, consultants, persons, or firms employed to provide litigation support services who are not competitors of the parties or employees of competitors of the parties, retained on behalf of or by any party for purposes of this litigation, including their secretarial or clerical personnel; and

d. The Court, Special Master, or other persons appointed by the Court, and stenographic and other deposition reporters.

4. Notice/Marking. To invoke protection under this Protective Order, the Designating Party shall conspicuously mark documents and deposition testimony "CONFIDENTIAL."

5. Filing with Court. Written materials containing documents or deposition testimony, or other information designated Confidential, or copies, abstracts, excerpts, analysis, or other writings that contain, reflect, or disclose the substance of such documents or

deposition testimony, when filed with or submitted to the Clerk of Court (or other person appointed by the Court) shall be filed in sealed envelopes, or by other appropriate means the Court may direct, on which shall be endorsed (l) the title of this action, (2) the phrase "CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER," and (3) a statement substantially in the following form or containing language of similar import:

> *This envelope contains confidential information which is to be kept under seal except by written agreement of the parties or order of the Court.*

6. Conclusion of Litigation. At the conclusion of this litigation, by way of judgment, settlement, or otherwise, all documents that have been designated as Confidential and all copies of such documents shall be returned to the Designating Party.

Dated: July 9, 2002

Mark Hallberg (#39629)
MACKENZIE & HALLBERG, PA
Suite 2500
150 South Fifth Street
Minneapolis, MN 55402
(612) 335-3504

Attorneys for Plaintiff

Dated: July 11, 2002

Thomas Fraser (#31641)
Lora Esch Mitchell (#259615)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402-3397
(612) 347-7028/7185
(612) 347-7077 (Fax)

Attorneys for Defendant

Of Counsel
Trudi Noel Trysla (#231423)
Mayo Clinic
200 First Street Southwest
Rochester, MN 55905
(507) 284-3219
(507) 284-0929 (Fax)

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that the parties shall abide by the Stipulated Protective Order.

Dated: July 15, 2002

Arthur J. Boylan
United States Magistrate Judge

#2670820\1

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.