UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUZANNE E. WALLACE,

Plaintiff,

v.

MAYO CLINIC ROCHESTER,

Defendant.

Civil No. 01-1476 ADM/AJB

NOTICE OF
CANCELLATION

---

You are hereby given notice that the final settlement conference in the above captioned matter scheduled to be held on April 16, 2003 at 2:00 p.m., in Room 638 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge has been **canceled**.

Dated: 4/8/03

ARTHUR J. BOYLAN
United States Magistrate Judge

APR 08 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK