UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Suzanne E. Wallace, trustee for the heirs and next of kin of David L. Wallace, deceased,

Plaintiff,

v.

Mayo Clinic Rochester, a non-profit corporation,

Defendant.

Civil File No.: 01-CV-1476 (ADM/AJB)

**STIPULATION OF DISMISSAL AND ORDER**

The parties, through their undersigned attorneys, hereby stipulate that this action shall be dismissed with prejudice and without costs to any party.

Dated: December 19, 2003

Mark Hallberg
MACKENZIE & HALLBERG, P.A.
Suite 2500
150 South Sixth Street
Minneapolis, MN 55402
(612) 335-3500
(612) 335-3504 (Fax)

Dated: December 19, 2003

Thomas S. Fraser (#31641)
Ann E. Decker (#139701)
FREDRIKSON & BYRON, P.A.
4000 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402-1425
(612) 492-7028/7301
(612) 492-7077 (Fax)

Attorneys for Defendant

Of Counsel:
Trudi Noel Trysla (#231423)
Mayo Clinic
200 First Street Southwest
Rochester, MN 55905
(507) 284-3219
(507) 284-0929 (Fax)

FILED DEC 22 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD DEC 2
DEPUTY CLERK

**ORDER**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice and without costs to any party.

LET JUDGMENT ENTER ACCORDINGLY.

Dated: December 22, 2003

Ann D. Montgomery
United States District Judge

::ODMA\PCDOCS\FBDOCS1\2907541\1