AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Suzanne E. Wallace, trustee for the heirs and next of kin of David L. Wallace, deceased.

V.

Mayo Clinic Rochester, a non-profit corporation.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1476 ADM/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action is hereby dismissed with prejudice and without costs to any party.

December 22, 2003
Date

RICHARD D. SLETTEN, CLERK

G. Schneider
(By) Gloria Schneider, Deputy Clerk